# EXHIBIT 1

 #123106 Replacement Parts - Vissani Caprelo 30 in. Under Cabinet Range Hood 🗗 View Details
by Isaku Begert on Jan 30, 2024 11:34 AM
| DueBy : 🚩 Feb 2, 2024 11:34 AM ( Delayed by 5 days )

**Status** 🚩 : CLOSED

**Priority** : NORMAL

## Description

To: vissani@conglom.com

**CAUTION:** This email originated from outside of Conglom. Do not click links or open attachments unless you recognize the sender and know the content is safe. If in doubt, contact the IT department.

Good morning,

We recently purchased a Vissani Caprelo 30 in. Under Cabinet Range Hood and it is missing one of the P-brackets for frameless cabinet installation (part code QHR227M). Please advise.

Best regards,

Isaku



Isaku Begert
Associate
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.423.3455
T: +1.312.474.6300
F: +1.312.474.0448
IBegert@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

## Request details

### Properties

| | | | | |
|---|---|---|---|---|
| Status | CLOSED | | Mode | E-MAIL |
| Priority | NORMAL | | Technician | Harry Singh |

CHK 075067

| Field | Value | Field | Value |
|---|---|---|---|
| Order_Status | Shipped | Reason for contact | MISSING PARTS |
| Item No. | QR254S | Division | KITCHEN & BATH |
| Part No. | QHR227 | QUANTITY | 1 |
| Part No. 2 | - | QUANTITY 2 | - |
| Part No. 3 | - | QUANTITY 3 | - |
| Part No. 4 | - | QUANTITY 4 | - |
| Price | - | Price 2 | - |
| Price 3 | - | Price 4 | - |
| Shipping | 0 | Comment | - |
| Interaction Status | A | Compensation Value | - |
| | | Vendor | Not Assigned |
| | | Hier1 | Not Assigned |
| | | Hier2 | Not Assigned |
| Site | Not associated to any site | E-mail Id(s) To Notify | - |
| Created By | System | Department | Not Assigned |
| SLA | Normal | Template | Default Request |
| Created Date | Jan 30, 2024 11:34 AM | Scheduled Start Time | - |
| Scheduled End Time | - | Responded Date | Jan 30, 2024 11:58 AM |
| DueBy Date | Feb 2, 2024 11:34 AM | Resolved Date | Feb 8, 2024 08:59 AM |
| Completed Date | Feb 8, 2024 08:59 AM | Time Elapsed | 60hrs 24min |
| Response DueBy Time | Jan 30, 2024 12:34 PM | Request Closure Code | Not Assigned |
| Request Closure Comments | - | Response time elapsed | 0hrs 23min |
| Last Update Time | Jun 18, 2024 09:38 AM | | |

👤 **Closed without requester's acknowledgement**

**Comments :**

CHK 075068

## Requester details



**Isaku Begert**
ibegert@marshallip.com

| * Name | Isaku Begert | First Name | - |
|---|---|---|---|
| Middle Name | - | Last Name | - |
| VIP User | No | | |
| Employee ID | - | Job title | - |
| Department Name | - | Reporting To | - |
| Phone | - | Mobile | - |
| Address Line 2 | - | Address Line 3 | - |
| City | Chicago | Country | US |
| Zip/Postal | 60606 | State/Province | IL |
| Complete Address | - | Phone Number | (312) 423-3455 |
| | | Description | - |
| Address Line 1 | 233 S Wacker Drive, Suite 6300, | | |
| Primary Email | ibegert@marshallip.com | | |

**Share details** - This Request is not shared with any user.

**Resolution submitted by :** Len Tokawa  **Submitted on :** Feb 8, 2024 08:59 AM

Tracking #1ZA829X06893477087 added, closing ticket 2848687

## Conversations

 **Harry Singh** Jan 30, 2024 11:58 AM 

**To:** ibegert@marshallip.com

**Subject:** Re: [Request ID :##RE-123106##] : Replacement Parts - Vissani Caprelo 30 in. Under Cabinet Range Hood

Good day

Thank you for contacting us.

In order for me to place an order for replacement part, please provide a copy/picture of your purchase receipt, your shipping address and telephone number.

Thank you
Harry S
Conglom
Client relations advisor
Conseiller en relations avec les clients
1 877 333 0098, EXT 329

---

 **Harry Singh**  Feb 2, 2024 08:02 AM  

**To:** ibegert@marshallip.com
**Subject:** Re: [Request ID :##RE-123106##] : Replacement Parts - Vissani Caprelo 30 in. Under Cabinet Range Hood

Friendly reminder

Good day

Thank you for contacting us.

In order for me to place an order for replacement part, please provide a copy/picture of your purchase receipt, your shipping address and telephone number.

Thank you
Harry S
Conglom
Client relations advisor
Conseiller en relations avec les clients
1 877 333 0098, EXT 329


Thank You
**Harry Singh**
Client relations advisor
Conseiller en relations avec les clients



20 Production Road
Brampton, ON, L6T 4N8
Tel:1 877 333 0098 ext. 329
E-mail: cs@conglom.com

This email, including any attachments, may contain information that is confidential. If you are not the intended recipient, please notify us by reply e-mail or telephone call and permanently delete this email.

Ce courriel, y compris toute pièce jointe, peut contenir des informations confidentielles. Si vous n'êtes pas le destinataire, veuillez-nous en informer par courriel ou par téléphone et supprimer définitivement ce courriel.

---

 **Harry Singh**  Feb 2, 2024 08:02 AM  

friendly reminder sent

**Harry Singh**  Feb 5, 2024 11:14 AM

**To:** ibegert@marshallip.com
**Subject:** Re: [Request ID :##RE-123106##] : Replacement Parts - Vissani Caprelo 30 in. Under Cabinet Range Hood

Friendly reminder

Good day

Thank you for contacting us.

In order for me to place an order for replacement part, please provide a copy/picture of your purchase receipt, your shipping address and telephone number.

Thank you
Harry S
Conglom
Client relations advisor
Conseiller en relations avec les clients
1 877 333 0098, EXT 329


Thank You
**Harry Singh**
Client relations advisor
Conseiller en relations avec les clients



20 Production Road
Brampton, ON, L6T 4N8
Tel:1 877 333 0098 ext. 329
E-mail: cs@conglom.com

This email, including any attachments, may contain information that is confidential. If you are not the intended recipient, please notify us by reply e-mail or telephone call and permanently delete this email.

Ce courriel, y compris toute pièce jointe, peut contenir des informations confidentielles. Si vous n'êtes pas le destinataire, veuillez-nous en informer par courriel ou par téléphone et supprimer définitivement ce courriel.


Thank You
**Harry Singh**
Client relations advisor
Conseiller en relations avec les clients



20 Production Road
Brampton, ON, L6T 4N8
Tel:1 877 333 0098 ext. 329
E-mail: cs@conglom.com

This email, including any attachments, may contain information that is confidential. If you are not the intended recipient, please notify us by reply e-mail or telephone call and permanently delete this email.

Ce courriel, y compris toute pièce jointe, peut contenir des informations confidentielles. Si vous n'êtes pas le destinataire, veuillez-nous en informer par courriel ou par téléphone et supprimer définitivement ce courriel.

CHK 075071